FILED
CLERK, U.S. DISTRICT COURT

February 26, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JUN SHI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMPIO PHARMACEUTICALS, INC., MICHAEL MACALUSO, and THOMAS E. CHILCOTT,<br><br>Defendants. | Case No. 2:18-cv-07476-SJO-RAO<br><br>**CLASS ACTION**<br><br>**~~[PROPOSED]~~ ORDER CONTINUING SCHEDULING CONFERENCE** |

The Court has reviewed and considered the parties' Joint Stipulation to Continue Scheduling Conference ("Stipulation"), and for good cause appearing, IT IS HEREBY ORDERED that:

1.     The March 18, 2019 Scheduling Conference shall be continued until after a Lead Plaintiff is appointed and motions to dismiss any amended complaint are resolved.

2.     This Stipulation is entered into without prejudice to any party seeking any interim relief.

3.     Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses, except as to sufficiency of service of process, that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

IT IS SO ORDERED.

Dated: February 26, 2019

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1